IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN FUENTES, | ) | |
| | ) | |
| Plaintiff, | ) | No. 21-cv-1010 |
| | ) | |
| v. | ) | DEFENDANT'S LR 81(a) STATEMENT |
| | ) | |
| AGRI-STAR MEAT AND POULTRY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to LR 81(a), Defendant Agri-Star Meat and Poultry, LLC ("Agri-Star")

states the following:

1.      The pleadings and other papers served upon Agri-Star, or otherwise filed

in this matter, are listed below and are attached hereto:

   a.      Appearance of Dan Vondra (filed 5/11/2021; Exhibit 1);

   b.      Civil Original Notice (filed 5/11/21; Exhibit 2);

   c.      Petition and Jury Demand With Exhibits 1 and 2 (filed 5/11/21;

   Exhibit 3); and

   d.      Return of Original Notice (filed 5/20/2021; Exhibit 4).

2.      There are no matters pending in the State Court action that will require

resolution by this Court.

3.      The following attorneys have appeared in the State Court action for the

Plaintiff:

Dan Vondra
Vondra Law Office PLC
745 Community Dr., Unit C
North Liberty, IA 52317
Telephone: (319) 438-2888
Email:  dan@vondralawoffice.com


Dated:  June 7, 2021            /s/ *Joseph W. Younker*
                                JOSEPH W. YOUKER (#AT008668)
                                    Direct Dial: (319) 358-5569
                                    Email: jyounker@bradleyriley.com
                                RYAN S. FISHER (#AT0012673)
                                    Direct Dial: (319) 861-8770
                                    Email: rfisher@bradleyriley.com
                                    of
                                BRADLEY & RILEY PC
                                Tower Place
                                One South Gilbert Street
                                Iowa City, IA 52240-391
                                Phone: (319) 466-1511
                                Fax:    (319) 358-5560

                                Attorneys for the Defendant,
                                Agri-Star Meat and Poultry, LLC


Copy to:

Dan Vondra
Vondra Law Office PLC
745 Community Dr., Unit C
North Liberty, IA 52317

Attorneys for Plaintiff,
Karen Fuentes


{03068761.DOCX}                 2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of this document was served upon the persons listed on this document at the addresses indicated by CM/ECF electronic notification this **7TH** day of **JUNE**, 2021. I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Ashley Wessels*